# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA A. BROOKE,<br><br>    Plaintiffs,<br><br>    v.<br><br>APRIL MOTEL, LLC,<br><br>    Defendant. | Case No. 1:18-cv-00062 LJO JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

In response to the Court's order to show cause, the plaintiff has filed proof of service of the summons and complaint. (Doc. 6) In addition, she explains that the matter had settled with the agreement requiring the defendant to make certain modifications to the property and to pay a sum to the plaintiff. (Doc. 5; Doc. 5-2 at 1). Plaintiff reports that the defendant, since signing the settlement agreement, has refused to comply with the terms of the agreement and she will move the Court for an order enforcing the settlement. Therefore, the Court **ORDERS**:

    1.    The order to show cause is **DISCHARGED**;

*///*

*///*

*///*

*///*

*///*

1

2. **No later than May 4, 2018**, the plaintiff **SHALL** either seek default against the defendant or file her motion for enforcement of the settlement agreement. If she moves the Court to enforce the settlement agreement, she **SHALL** support her motion with legal authorities that demonstrate the Court's authority to act, given the factual posture of this case.

IT IS SO ORDERED.

Dated: **April 12, 2018**                              **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE