1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  THERESA BROOKE,                        )  Case No.: 1:18-cv-0062 - JLT
                                           )
12              Plaintiff,                 )  ORDER DIRECTING THE CLERK OF COURT
                                           )  TO CLOSE THIS ACTION IN LIGHT OF THE
13       v.                                )  NOTICE OF VOLUNTARY DISMISSAL
                                           )
14  CAPRI MOTEL, LLC,                      )  (Doc. 14)
                                           )
15              Defendant.                 )
                                           )
16  _____)

17          On June 28, 2018, Theresa Brooke filed a Notice of Dismissal, indicating she "dismisse[d] the

18  above action with prejudice." (Doc. 14 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may

19  dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party

20  serves either an answer or a motion for summary judgment." Because the defendant had not appeared in

21  this action or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of

22  Court is **DIRECTED** to close this action in light of the Notice of Dismissal.

23

24  IT IS SO ORDERED.

25      Dated:    **June 29, 2018**              _____**/s/ Jennifer L. Thurston**_____
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28